# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAGEN VARDAZARYAN,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>    Respondent. | Case No. CV 12-5118-GW(JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  November 7, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE